# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2899
_____

RAY VICTOR MORALES,

Appellant,

v.

CARMEN DIAZ f/k/a CARMEN
MORALES,

Appellee.

_____


On appeal from the Circuit Court for Leon County.
Kevin J. Carroll, Judge.

October 31, 2019


PER CURIAM.

AFFIRMED.

LEWIS, MAKAR, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Kristin Adamson, Tallahassee, for Appellant.

James P. Judkins and Anthony L. Bajoczky, Jr. of Ausley McMullen, Tallahassee, for Appellee.